IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | CRIMINAL NO. |
| | : | |
| | : | Grand Jury Original |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| | : | Wire Fraud |
| **NEVILLE F. REID,** | : | (18 U.S.C. §1343) |
| | : | |
| | : | Causing an |
| | : | Act to be Done |
| | : | (18 U.S.C. §2) |
| Defendant. | : | |

**INDICTMENT**

The Grand Jury Charges that:

<u>**COUNTS ONE THROUGH SEVEN**</u>
**(Wire Fraud)**

INTRODUCTORY ALLEGATIONS

At times material herein:

1.  CareFirst, Inc., doing business in the Washington, D.C. and Baltimore metropolitan areas as CareFirst BlueCross BlueShield, hereinafter sometimes referred to as "CareFirst" is a not-for-profit corporation that provides health care and related services to members. CareFirst's legal

division performs and oversees legal work on behalf of CareFirst, including any required corporate filings with state or local governments. CareFirst maintained offices at 550 12th Street, S.W., Washington, D.C. 20065 and 10455 Mill Run Circle, Owings Mills, Maryland 21117.

2. Defendant NEVILLE F. REID hereinafter referred to as "NEVILLE F. REID" or "REID" was employed in CareFirst's legal division as a Legal Staff Coordinator. Defendant REID's job duties at CareFirst included the processing of bills from outside vendor companies that file with state and local government offices corporate paperwork on behalf of CareFirst, including corporate name change and dissolution filings.

## SCHEME TO DEFRAUD

3. From in or about May, 2001 through on or about June 10, 2003, in the District of Columbia and elsewhere, defendant NEVILLE F. REID, did devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

## PURPOSE OF THE SCHEME

4. A purpose of the scheme and artifice was for defendant NEVILLE F. REID to fraudulently obtain moneys, funds and property from CareFirst for his own use and benefit and to further the scheme by various means, including omissions of material fact, false material pretenses, representations and promises.

## MANNER AND MEANS

5. It was part of the scheme and artifice that in or about May, 2001, defendant NEVILLE F. REID caused IncSpot, LLC to be created as a Maryland limited liability company.

6. It was further part of the scheme and artifice that defendant NEVILLE F. REID represented to his supervisor at CareFirst that IncSpot, LLC was a company in the business of filing legal documents and notices with various government entities who could perform filing services for CareFirst, in order to obtain the supervisor's authorization to use IncSpot, LLC as a CareFirst vendor for filing services. At no time did REID disclose to his CareFirst supervisor that IncSpot, LLC, was, in reality, a corporation REID controlled and caused to be created.

7. It was further part of the scheme and artifice that defendant NEVILLE F. REID caused false and fraudulent IncSpot, LLC invoices and CareFirst check requisition forms to be created and he thereafter presented said documents to CareFirst officials, representing that they reflected services rendered by IncSpot, LLC on behalf of CareFirst for filing specified corporate documents with the Virginia State Corporation Commission or Clerks' offices in all counties in the state of Virginia.

8. It was further part of the scheme and artifice that as a result of REID's submission of the false and fraudulent IncSpot, LLC invoices, CareFirst checks payable to IncSpot, LLC were issued and obtained by REID, who deposited said checks in an IncSpot, LLC bank account he controlled. REID thereafter used the proceeds of said checks for his personal benefit.

9. On or about the dates listed for each count below, in the District of Columbia and elsewhere, for the purpose of executing the aforementioned scheme and artifice and attempting to do so, defendant NEVILLE F. REID did knowingly cause to be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, and sounds specified below:

| Count | Approx. Date | Origin | Destination | Description |
|---|---|---|---|---|
| 1 | 7/24/01 | CareFirst, Owings Mills, MD | CareFirst, Washington, D.C. | Electronic transmission of command to print check no. 530222 |
| 2 | 7/31/01 | CareFirst, Owings Mills, MD | CareFirst, Washington, D.C. | Electronic transmission of command to print check no. 530275 |
| 3 | 10/23/02 | CareFirst, Owings Mills, MD | CareFirst, Washington, D.C. | Electronic transmission of command to print check no. 545814 |
| 4 | 11/22/02 | CareFirst, Owings Mills, MD | CareFirst, Washington, D.C. | Electronic transmission of command to print check no. 546832 |
| 5 | 11/22/02 | CareFirst, Owings Mills, MD | CareFirst, Washington, D.C. | Electronic transmission of command to print check no. 546833 |
| 6 | 2/25/03 | CareFirst, Owings Mills, MD | CareFirst, Washington, D.C. | Electronic transmission of command to print check no. 549539 |
| 7 | 2/25/03 | CareFirst, Owings Mills, MD | CareFirst, Washington, D.C. | Electronic transmission of command to print check no. 549538 |

**(Wire Fraud and Causing an Act to be Done, in violation of
Title 18, United States Code, Sections 1343 and 2.)**

A TRUE BILL.


FOREPERSON


_____
ATTORNEY FOR THE UNITED STATES
AND FOR THE DISTRICT OF COLUMBIA