# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>NEVILLE F. REID | DOCKET NO. 06-148 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>NEVILLE F. REID | |
| DOB:    PDID: | **FILED**<br>AUG 1 0 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

WIRE FRAUD
CAUSING AN ACT TO BE DONE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18: 1343; 2 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY:<br>U.S. MAGISTRATE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>MAGISTRATE JUDGE KAY | DATE ISSUED:<br>5/30/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>5/30/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>5-30-06 | NAME AND TITLE OF ARRESTING OFFICER<br>Sean McLeod SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE EXECUTED<br>8-10-06 | | |