UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal No. 06-cr-00148HHK
:
NEVILLE F. REID, :
:
      Defendant. :

FILED

JUN 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant Neville F. Reid agrees and stipulates as follows:

1.     CareFirst, Inc., doing business in the Washington, D.C. and Baltimore metropolitan areas as CareFirst BlueCross BlueShield, hereinafter sometimes referred to as "CareFirst" is a not-for-profit corporation that provides health care and related services to members. CareFirst's legal division performs and oversees legal work on behalf of CareFirst, including any required corporate filings with state or local governments. CareFirst maintained offices at 550 12th Street, S.W., Washington, D.C. 20065 and 10455 Mill Run Circle, Owings Mills, Maryland 21117.

2.     NEVILLE F. REID hereinafter referred to "REID" was employed in CareFirst's legal division as a Legal Staff Coordinator. REID's job duties at CareFirst included the processing of bills from outside vendor companies that file with state and local government offices corporate paperwork on behalf of CareFirst, including corporate name change and dissolution filings.

3.     From in or about May, 2001 through on or about June 10, 2003, in the District of Columbia and elsewhere, REID, did devise a scheme to defraud CareFirst.

4.     In approximately May of 2001, REID caused IncSpot, LLC to be created as a

Maryland limited liability company.

5. REID submitted invoices that represented to his supervisor at CareFirst that IncSpot, LLC was a company in the business of filing legal documents and notices with various government entities who could perform filing services for CareFirst and obtained the supervisor's authorization to use IncSpot, LLC as a CareFirst vendor for filing services. At no time did REID disclose to his CareFirst supervisor that IncSpot, LLC, was, in reality, a company REID controlled and caused to be created.

6. REID caused IncSpot, LLC invoices and CareFirst check requisition forms to be created and he thereafter presented said documents to CareFirst officials, falsely representing that they reflected services rendered by IncSpot, LLC on behalf of CareFirst for filing specified corporate documents with the Virginia State Corporation Commission or Clerks' offices in all counties in the state of Virginia. At the time he submitted these documents, he knew that some of them were false and fraudulent, in that not all such filing services had been rendered on behalf of CareFirst.

7. As a result of REID's submission of the false and fraudulent IncSpot, LLC invoices, CareFirst checks payable to IncSpot, LLC were issued and obtained by REID, who deposited said checks in an IncSpot, LLC bank account he controlled. REID thereafter used the proceeds of said checks for his personal benefit.

8. From July 24, 2001 through February 25, 2003, REID caused seven wire communications in interstate commerce in furtherance and execution of his scheme. These electronic communications took the form of print commands from computers in CareFirst's Owings Mills, Maryland offices to CareFirst's Washington, D.C., offices to generate checks

payable to IncSpot, LLC. Included in these seven communications was a print command occurring on February 25, 2003, to print check no. 549538 in the amount of $4,880.00 payable to IncSpot LLC. This communication is referenced in Count 7 of the Indictment in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
JOHN D. GRIFFITH
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453

### DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: June 7, 2007                                   _____
                                                     Neville F. Reid, Defendant

I have discussed this Statement of Offense with my client, Mr. Reid. I concur with his decision to stipulate to this Statement of Offense.

Date: 6-7-07                                         _____
                                                     Mary M. Patras, Esq.
                                                     Attorney for the Defendant

3