HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-148-01</u> |
| | : | |
| vs. | : | SSN: ____ |
| | : | |
| REID, Neville | : | Disclosure Date: <u>August 24, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( **✗** )  There are no material/factual inaccuracies therein.
( ✓ )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          <u>9/07/07</u>
Prosecuting Attorney                                           Date

### For the Defendant
(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.


_____          _____
Defendant                    Date              Defense Counsel        Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 7, 2007</u>, to U.S. Probation Officer <u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.


FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer



**U.S. Department of Justice**

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

**FILED**

OCT     2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 7, 2007

Tennille Losch
United States Probation Officer
U.S. Probation Office
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: <u>United States v. Neville F. Reid, Crim. No. 06-cr-00148 HHK</u>

Dear USPO Lorch:

Thank you for your thorough Presentence Investigation Report in the above-captioned matter. The only objection the government has to the report relates to paragraphs 15 and 58 which state that the parties have agreed that the loss and restitution amount is $4,880. While the Statement of Offense submitted by the parties notes that the check at issue in Count 7 of the Indictment was in the amount of $4,880, there is no agreement by the parties that this is the limit of the loss or restitution obligation. The Government's position in this matter is that the loss for sentencing and restitution purposes, considering all relevant conduct pursuant to U.S.S.G. Section 1B1.3, is $47,977.

Please contact me at 353-2453 if you have any questions or need any additional information.

Sincerely yours,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____
John Griffith
Assistant U.S. Attorney