UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-cr-00148HHK |
| | : | |
| NEVILLE F. REID | : | |
| | : | |
| Defendant | : | |

FILED
JAN 18 2008
Clerk, U.S. District and
Bankruptcy Courts

**DEFENDANT'S MOTION REQUESTING ORDER TO RELEASE PASSPORT**

Having satisfied all terms of the pretrial agreement and the dismissal of all remaining charges, Defendant hereby respectfully request the entry of an Order authorizing Pretrial Services to return his passport. Defendant's Probation Officer is aware of this request and has no objection to the Court issuing such an Order.

Respectfully submitted,                              January 17, 2008

*[signature]*

Neville Reid, Pro Se

I hereby certify that a copy was provided to:

Danny Thomas, Probation Officer
United States Probation Office

RECEIVED
JAN 18 2008
Clerk, U.S. District and
Bankruptcy Courts

3rd & Constitution Avenue, NW
Washington, DC 20001