UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**NEVILLE F. REID,**<br><br>    **Defendant.** | Criminal 06-148 (HHK) |

**ORDER**

Before the court is Defendant's Motion Requesting Order to Release Passport [#14].

Upon consideration of the motion, it is this 13th day of February, 2008 hereby

**ORDERED** that Defendant's Motion Requesting Order to Release Passport [#14] is **GRANTED.**

                                                                Henry H. Kennedy, Jr.
                                                                United States District Judge